```
X  FILED           RECEIVED
   ENTERED         SERVED ON

06/16/2025

CLERK, U.S. DISTRICT COURT
    DISTRICT OF NEVADA
BY:_____ DEPUTY
```

1  Your name: Kimberly Ann Davis
2  Address: 29 Court St.
3  Lancaster, New York 14086
4  Phone Number: (716) 579-8313
5  E-mail Address: kdavis1019@yahoo.com
6  Pro se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CENTURY LEGAL, LLC, a Nevada domestic limited-liability company,

Plaintiff,

vs.

KIMBERLY ANN DAVIS aka KIM A. DAVIS aka KIMBERLY A. ANDRZJEWSKI aka KIMBERLY DAVIS-ANDRZEJEWSKI, an individual & New York DIVORCE & FAMILY LLC, a New York limited liability company,

Defendant.

Case Number: _____

**MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

As the (*Plaintiff/Defendant*) Kimberly Ann Davis in the above-captioned matter, I respectfully ask the Court for permission to participate in and register for electronic case filing CM/ECF system ("e-filing") in this case pursuant to LR 2-1(b). I hereby affirm that:

1. I have reviewed the requirements for utilizing the electronic filing system, including LR IC 2-1 and 2-2, and agree to abide by them.

2. I understand and agree that in order to file within the e-filing system, I must first obtain an order granting this motion.

3. Following entry of an order granting this motion, I understand and acknowledge that, in order to e-file within the Court's electronic, I must (1) obtain a PACER account; (2)

complete the e-filing registration for the District of Nevada through Manage PACER Account and (3) review and be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada.

4. I understand that once I register for e-filing following entry of an order granting this Motion, I will receive notices and documents only by email in this case and not by regular mail.

5. I have regular access to all of the following technical requirements necessary to e-file successfully:

   a. A computer with internet access;
   b. An email account I have access to on a daily basis to receive notifications from the Court and notices from the e-filing system.
   c. A scanner to convert documents that are only in paper format into electronic files;
   d. A printer or copier to create required paper copies such as chambers copies;
   e. A word-processing program to create documents; and
   f. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 06/16/2025         Signature: /s/

Print Name: Kimberly Ann Davis

Your name: Kimberly Ann Davis

Address: 29 Court St

Lancaster, New York 14086

Phone Number: (716) 579-8313

E-mail Address: kdavis1019@yahoo.com

Pro se

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY LEGAL, LLC, a Nevada domestic limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY ANN DAVIS aka KIM A. DAVIS aka KIMBERLY A. ANDRZJEWSKI aka KIMBERLY DAVIS-ANDRZEJEWSKI, an individual & NEW YORK DIVORCE & FAMILY LLC, a New York limited liability company.<br><br>Defendant. | Case Number: _____<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING** |

The Court has considered the Motion for Permission to Use and Register for Electronic Case Filing. Finding good cause, the Motion is GRANTED.

DATED: 6/18/2025

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE